RECEIVED

AUG 1 3 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | | |
|---|---|---|
| JEWELED CROSS COMPANY, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 08-1821 (FLW) |
| v. | : | |
| BUY-RITE DESIGNS, INC., DOLLAR GENERAL CORPORATION and DOLGENCORP, INC., | : | STIPULATED ORDER OF DISMISSAL |
| Defendants. | : | |

IT BEING reported to the Court that Plaintiff, Jeweled Cross Company, Inc., and Defendants, Dollar General Corporation and Dolgencorp, Inc., have entered into a Settlement Agreement between them and have consented to the entry of this Order of Dismissal,

NOW, THEREFORE, upon the consent of these parties, as indicated below,

IT IS on this 13th day of August, 2009 ORDERED THAT:

The claims between Jeweled Cross Company, Inc. and Dollar General Corporation and Dolgencorp, Inc. only are hereby dismissed with prejudice. Nothing contained in this Order is intended to release or dismiss the claims that any party may have against Defendant, Buy-Rite Designs, Inc.

_____
Freda L. Wolfson, U.S.D.J.

CONSENTED TO:

FLASTER/GREENBERG P.C.

_____
By: Jeffrey A. Cohen, Esq.
Counsel for Plaintiff, Jeweled
Cross Company, Inc.
August, ___ 2009

NORMAN E. LEHRER, P.C.

_____
By: Norman E. Lehrer, Esq.
Counsel for Defendants, Dollar General
Corporation and Dolgencorp, Inc.
August, 5  2009